IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAKEESHA L. CONNER f/k/a TAKEESHA L. THOMAS<br><br>    Plaintiff,<br><br>v.<br><br>NORTHLAND GROUP INC.<br><br>    Defendant. | Case No. 2:15-cv-00763-MRH<br><br>HONORABLE MARK R. HORNAK |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties stipulate to the dismissal of this matter with prejudice and without cost to either party.

                                        Respectfully submitted,

| | |
|---|---|
| */s/ Mark G. Moynihan*<br>Mark G. Moynihan, Esq.<br>PA ID No. 307622<br><br>MOYNIHAN LAW<br>112 Washington Place, Suite 1-N<br>Pittsburgh, PA 15219<br>Phone: (412) 889-8535<br>Fax: (800) 997-8192<br>mark@moynihanlaw.net<br><br>*Attorneys for Plaintiff*<br>*Takeesha L. Conner* | */s/ Justin M. Tuskan*<br>Justin M. Tuskan, Esq.<br>PA ID No. 311235<br><br>METZ LEWIS BRODMAN MUST O'KEEFE LLC<br>535 Smithfield Street, 8th Floor<br>Pittsburgh, PA 15222<br>Phone: (412) 918-1100<br>Fax: (412) 918-1199<br>jtuskan@metzlewis.com<br><br>*Attorneys for Defendant*<br>*Northland Group, Inc.* |

Date: August 5, 2015